Argued and submitted March 25, reversed and remanded April 28, petition for review denied August 18, 2010 (348 Or 669)

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

HEATHER DAWN SHEARER,
*Defendant-Respondent.*

Lane County Circuit Court
210506967, 210506289;
A141195 (Control), A141196

230 P3d 82

Leigh A. Salmon, Assistant Attorney General, argued the cause for appellant. With her on the brief were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Zachary L. Mazer, Deputy Public Defender, argued the cause for respondent. With him on the brief was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Rosenblum, Judge.

PER CURIAM